**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| BRYAN LYONS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04-1083-CV-W-DW |
| | ) | |
| JODY PRYOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On November 1, 2006, this Court ORDERED that Plaintiffs show cause within thirty days of the date of the Order as to why the case should not be dismissed for failure to prosecute. Plaintiffs failed to reply to the Court's Order.

On December 17, 2004, this Court denied Plaintiffs' Motions to proceed *in forma pauperis* and for appointment of counsel. (Doc. 4).   Plaintiffs have subsequently failed to take any action on this case.  Accordingly, the case is DISMISSED for failure to prosecute. Fed. R. Civ. Proc. 41(b).

IT IS SO ORDERED.


Date: December 12, 2006                    /s/ DEAN WHIPPLE
                                                        Dean Whipple
                                            United States District Court